AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Beezer, Robert R. | 2. Court or Organization<br><br>U.S. Court of Appeals-9th Cir. | 3. Date of Report<br><br>05/7/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1010 Fifth Avenue, Suite 802<br>Seattle, WA 98104 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 See Part VIII A |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 10 A 11: 19
FINANCIAL DISCLOSURE OFFICE
RECEIVED

Beezer, Robert R.

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Coca Cola, Common | D | Dividend | N | T | | | | | |
| 2. Verizon Communications, Common | C | Dividend | L | T | | | | | |
| 3. AT&T, Inc. Common | D | Dividend | M | T | | | | | |
| 4. Fortune Brands, Common | B | Dividend | L | T | | | | | |
| 5. Exxon, Common | E | Dividend | O | T | | | | | |
| 6. Ford Motor, Common | | None | J | T | | | | | |
| 7. U.S. Treasury Bond 11-1/4 2015 | D | Interest | L | T | | | | | |
| 8. Proc. & Gamble, Common | D | Dividend | M | T | | | | | |
| 9. Union Bank of Calif., Seattle, | A | Interest | M | T | | | | | |
| 10. U.S. Treasury Bond 10-5/8 (2015) | D | Interest | M | T | | | | | |
| 11. Bank of America, Common | A | Dividend | L | T | | | | | |
| 12. Puget Energy, Common | A | Dividend | | | Sold | 03/25/09 | K | D | |
| 13. Edison International, Common | B | Dividend | K | T | | | | | |
| 14. Aegon, Common | | None | J | T | | | | | |
| 15. Ft. Dearborn, Common | A | Dividend | J | T | | | | | |
| 16. Tri Continental, Common | A | Dividend | J | T | | | | | See Part VIII B.1 |
| 17. General Electric, Common | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dow Chemical, Common | A | Dividend | J | T | | | | | |
| 19. Clorox, Common | B | Dividend | K | T | | | | | |
| 20. Int. Paper, Common | A | Dividend | J | T | | | | | |
| 21. IBM, Common | B | Dividend | M | T | | | | | |
| 22. T. Rowe Price, New Era | C | Dividend | N | T | | | | | See Part VIII B.1 |
| 23. T. Rowe Price, New Horizons | A | Dividend | M | T | | | | | See Part VIII B.1 |
| 24. NL Industries, Common | A | Dividend | J | T | | | | | |
| 25. Bank of America, Savings | B | Interest | K | T | | | | | |
| 26. U.S. Treasury Bond 9% (2018) | C | Interest | L | T | | | | | |
| 27. Great Northern Iron Ore Trust Certificate | B | Dividend | J | T | | | | | |
| 28. Treasury Direct (No. 1) | D | Interest | O | T | | | | | See Part VIII B.2 |
| 29. Treasury Direct (No. 2) | D | Interest | P1 | T | | | | | See Part VIII B.2 |
| 30. Pioneer Natural Resources, Common | | None | J | T | | | | | |
| 31. Starbucks, Common | | None | L | T | | | | | |
| 32. US Bank, Seattle | A | Interest | L | T | | | | | |
| 33. Key Bank, Seattle | A | Interest | L | T | | | | | |
| 34. Chase, formerly Washington Mutual | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wells Fargo Bank, Seattle | A | Interest | L | T | | | | | |
| 36. Vodafone, Common | B | Dividend | K | T | | | | | |
| 37. Cytec, Common | A | Dividend | J | T | | | | | |
| 38. Tesoro, Common | B | Dividend | K | T | | | | | |
| 39. U.S. Treasury Bond 8% (2021) | C | Interest | L | T | | | | | |
| 40. Alcatel Lucent | | None | J | T | | | | | |
| 41. NCR Corp., Common | | None | J | T | | | | | |
| 42. Qwest, Common | A | Dividend | J | T | | | | | |
| 43. Citigroup, Common | A | Dividend | J | T | | | | | |
| 44. Halliburton, Common | A | Dividend | J | T | | | | | |
| 45. U.S. Treasury Bond 6% (2026) | D | Interest | M | T | | | | | |
| 46. Visteon Corporation, Common | | None | J | T | | 12/17/09 | | | See Part VIII B.5 |
| 47. Home Street Bank, Seattle | A | Interest | | | Closed | 06/18/09 | L | | See Part VIII B.3 |
| 48. Washington Federal S&L, Seattle | B | Interest | L | T | | | | | |
| 49. The Travelers | A | Dividend | J | T | | | | | |
| 50. Comcast, Class A, Common | A | Dividend | K | T | | | | | |
| 51. Treasury Direct No. 3 | D | Interest | P1 | T | | | | | See Part VIII B.2 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Kronos Worldwide | | None | J | T | | | | | |
| 53. Acco Brands | | None | J | T | | | | | |
| 54. LSI, Common | | None | J | T | | | | | |
| 55. J.M. Smucker | A | Dividend | J | T | | | | | |
| 56. Idearc | | None | J | T | | | | | |
| 57. Iberdrola | A | Dividend | J | T | | | | | |
| 58. Teradata | | None | J | T | | | | | |
| 59. Fairpoint Common | | None | J | T | | 10/26/09 | | | See Part VIII B.4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Beezer, Robert R. | 05/7/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

A. Explanation for Part I: Positions. Also, Part VII: Investments and Trusts

Robert R. Beezer is named as trustee under the terms of a last will and testament establishing Trust #1. During 2009, the trust received income in an amount of Income Code D.

As of December 31, 2009, Trust #1 held assets as follows:

| Item | Value Code |
|---|---|
| Shares of General Electric, Common | J |
| U.S. Treasury Bonds 10-5/8 due 2015 | M |
| Shares of AT&T, Inc. Common | K |
| Checking account, Union Bank of California, Seattle, WA | K |

Robert R. Beezer has no interest, present or future, in the income or assets of Trust #1

B. Explanation for Part VII: Investments and Trusts

1. Dividend reinvestments resulted in the receipt of additional shares from the following firms during calendar year 2009 as follows:

Tri Continental Corporation
T. Rowe Price, New Era Fund
T. Rowe Price, New Horizon

2. All treasury bills were maintained in Legacy Treasury Direct, formerly known as "Treasury Direct," accounts and are reported in 2009 as a single entry. During 2009, principal deposits were made to these accounts in the following amounts:

Account No. 1   Value Code J
Account No. 2   Value Code J
Account No. 3   Value Code J

3. Account closed as of year-end.

4. Fairpoint declared bankruptcy on 10/26/09 and has no year-end value.

5. Visteon declared bankruptcy on 12/17/09 and has no year-end value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544